Mathew Ryan FOSTER, Respondent,

v.

Kimberly Ann FOSTER, Appellant.

WD 79664

Missouri Court of Appeals,
Western District.

ORDER FILED: January 10, 2017

Michael W. Walker and Laura J. Duchardt, Kansas City, MO, Attorneys for Respondent.

Kenneth C. Hensley and Wyatt Z. Roberts, Raymore, MO, Attorneys for Appellant.

Before Division Two: Lisa White Hardwick, Presiding Judge, and Karen King Mitchell and Cynthia L. Martin, Judges

### Order

Per Curiam:

Kimberly Foster (Mother) appeals the trial court's denial of her motion to modify the parenting plan between herself and Mathew Foster (Father), as well as the grant of Father's motion to modify, which gave him sole physical and legal custody of the couple's daughter and adopted his proposed parenting plan. Finding no error, we affirm. Rule 84.16(b).